JOHN DOE v. GLORIA DOWNEY.

January 5, 1977. Petition for certification granted.

STATE OF NEW JERSEY v. CHARLES KITCHING.

January 18, 1977. Petition for certification denied.

HARRY HOLLOWAY, III v.
JOSEPH J. MILLER AND UNITED STATES OF AMERICA.

January 18, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. EGON LEGGEADRINI.

January 18, 1977. Petition for certification granted.

JOSEPH HARRIS v. CITY OF OCEAN CITY, ETC.

January 18, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. HARVEY SIMS.

January 18, 1977. Petition for certification granted.